# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-00293 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANGELA S. LAFONTA | MAG. JUDGE KAREN HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

Defendant's request for a certificate of appealability [Doc. No. 109] is DENIED because she has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 10th day of September, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE